IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES A. ARMSTRONG, # 21331-017,   )
                                     )
            Plaintiff,               )            2:18-cv-00310-WKW
                                     )
      v.                             )   CASE NO. 2:18-cv-161-WKW
                                     )
WALTER WOODS,                        )
                                     )
            Defendant.               )

## ORDER

This *Bivens* action[1] was filed on March 4, 2018, by Plaintiff Charles A. Armstrong.  *See* Doc. 1.  Armstrong challenges certain conditions of confinement at Federal Prison Camp Montgomery ("FPC Montgomery").  His complaint alleges, *inter alia*, his continuing exposure to serious health risks through allergens carried by bats that have infested the inmate housing areas at FPC Montgomery.  Doc. 1 at p. 6–7.  The memorandum of law submitted with the complaint contains the signatures and Bureau of Prisons Register Numbers of other inmates who certify that they have an interest in the outcome of this action and the conditions of confinement challenged. Doc. 1-1 at p. 9–18.  The Court notes that pursuant to 28 U.S.C. § 1654, Plaintiff Armstrong could proceed *pro se* on his own behalf but as a non-attorney, he cannot engage in the practice of law on behalf of others.[2] Because Plaintiff Armstrong may not represent the rights of these other inmates, the Clerk of this court is hereby DIRECTED to:

---

[1]      *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971).
[2]      28 U.S.C. § 1654 provides: "In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as by the rules of such courts, respectively, are permitted to manage and conduct causes therein."

1. Open separate civil actions for each inmate whose name appears on pages 9–18 of Document 1-1, with the exception of Plaintiff Armstrong.  Plaintiff Armstrong's case will remain open and pending before the undersigned.

2. Assign the newly opened cases in accordance with this court's normal assignment procedures.

3. Place a copy of the Complaint and its attachment (Doc. 1) and a copy of this order in the newly opened case files.

4. Refer these new case files to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing.

DONE this 19th day of March, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE